445 A.2d 206

Waterman et vir., Appellants v. Colonial Taxi Co., Inc.

Argued October 15, 1981. Ronald L. Muha, for appellants; John C. Carlin, Jr., for appellee.

Before WIEAND, JOHNSON and MONTEMURO, JJ.

The judgment of February 23, 1981, is affirmed.